MARKOWITZ GRAVELLE, LLP
BY:  Christine M. Gravelle, Esq. (#0913)
3131 PRINCETON PIKE - BUILDING 3D
LAWRENCEVILLE, NEW JERSEY 08648
(609) 896-2660
Attorneys for Debtor

_____

| | |
|---|---|
| In the Matter of: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| Kimberly Matthews, | ) |
| | ) CHAPTER 13 |
| | ) |
| Debtor. | ) CASE NO. 09-37571 (KCF) |
| | ) |
| | ) CERTIFICATION OF KIMBERLY |
| | ) MATTHEWS IN SUPPORT OF THE MOTION |
| | ) TO REDUCE THE CLAIM OF THE IRS |
| | ) |
| | ) Return Date: May 26, 2010 at 9:00 a.m. |
| | ) Oral Argument:  Requested only if |
| |     objections are filed |

I, Kimberly Matthews, hereby certify:

l. I am the debtor in this case.  I have personal knowledge of the facts set forth herein.

2. On October 16, 2009, I filed a petition under Chapter 13 of the Bankruptcy Code.

3. On or about January 7, 2010, the Internal Revenue Service ("IRS") filed a proof of claim in the amount of $46,702.32.  The proof of claim is broken down as follows: $25,221.02 for priority claims and $21,481.30 for secured claims.

4. The proof of claim lists an estimated priority tax liability for the tax years 2006, 2007 and 2008 in the amount of $25,221.02.

5. I filed the 2006, 2007 and 2008 tax returns in December 2009.  The actual amounts owed are as follows:

- $2,959.00 for 2006;

        -       $8,258.00 for 2007; and

        -       $6,065.00 for 2008.

6.     Therefore, the priority portion of the proof of claim should be reduced to $17,282.00.

7.     It is respectfully requested that the Court enter an Order reducing the IRS' priority claim to $17,282.00.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              /s/Kimberly Matthews
                                              Kimberly Matthews

Dated: 4/23/10